# Notice Recipients

District/Off: 0861−1          User: admin            Date Created: 3/13/2025
Case: 1:24−bk−71488          Form ID: nhrg           Total: 4

**Recipients of Notice of Electronic Filing:**
tr        Jack W. Gooding         noticing@ark13.com
aty       Guilford Marion Dudley        Bankruptcy@ocse.arkansas.gov
aty       Robert N Rushing        rrushing@therushinglawfirm.com

                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Demarcus Sanchez Kilgore        1303 E. Barnes        El Dorado, AR 71730

                                                        TOTAL: 1